IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STEVE DUDLEY and BETH DUDLEY,**
**individually and on behalf of all others**
**similarly situated,**

    **Plaintiffs,**

v.

**PUTNAM INTERNATIONAL EQUITY FUND and**
**PUTNAM INVESTMENT MANAGEMENT, LLC,**

    **Defendants.**                      **Case No. 06-cv-938-DRH-PMF**

## ORDER

**HERNDON, District Judge:**

The Court, being fully advised in the premises, hereby finds that under the logic of ***Smith v. Check-n-Go*, 200 F.3d 511 (7th Cir. 1999)** and other cases, and given the similarities between this case and another, ***Dudley v. Putnam Internat'l Equity*, No. 03-cv-852-GPM-CJP**, already before Chief Judge G. Patrick Murphy, this case should therefore be reassigned to him. Accordingly, the Court **TRANSFERS** this case to the Honorable G. Patrick Murphy, Chief U.S. District Judge for the Southern District of Illinois, East St. Louis Division, for all further proceedings, in order to preserve judicial economy and avoid inconsistent

judgments. All future filings in this case shall bear the number **06-cv-938-GPM-PMF**.

**IT IS SO ORDERED.**

Signed this 18th day of December, 2006.

/s/      David   RHerndon<br>
**United States District Judge**